**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-23103-CIV-TORRES

EDILBERTO GARCIA and all others
similarly situated under 29 USC 216(B),

        Plaintiff,

vs.

MASON CONTRACT PRODUCTS, LLC,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL; ORDER DENYING PENDING MOTIONS**

      This matter is before the Court following the entry of the Court's Findings of Fact and Conclusions of Law [D.E. 68] on the question of arbitrability of this action pursuant to 9 U.S.C. § 4.  Two pending sanctions motions are also pending before the Court [D.E. 52, 55] that are ripe and due for disposition.

      Accordingly, for the foregoing reasons, it is hereby **ORDERED AND ADJUDGED**:

      1.    Pursuant to 9 U.S.C. § 4, this case is DISMISSED without prejudice to adjudication of any such claims at arbitration that the parties are bound to comply with pursuant to an agreement for arbitration that applies to all claims raised in this case.  The parties shall proceed with the arbitration in accordance with the terms thereof.

      2.    Defendant's Motion for Attorneys' Fees [D.E. 52] is **DENIED**.

    3.    Plaintiff's Motion for Sanctions [D.E. 55] is **DENIED**.

    4.    The Court finds with respect to the dueling motions for sanctions that both raise legitimate issues that may warrant sanctions of some kind based upon a failure to comply with Rule 30 and for non-disclosure of relevant discovery on a timely basis. As a practical matter, however, the Court finds that the dueling sanctions requested are likely a wash and do not warrant Rule 37 sanctions under the circumstances, especially given the final disposition of the case.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 9th day of February, 2010.

_____
EDWIN G. TORRES
United States Magistrate Judge